FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. RODRIGUEZ, also known as Richard S. Rodriquez; SHONNA L. RODRIGUEZ, also known as Shonna L. Rodriquez; THE RODRIGUEZ FAMILY LIVING TRUST; THE YAKIMA FAMILIA OUTREACH TRUST; YAKIMA COUNTY; WELLS FARGO HOME MORTGAGE, INC.; GREEN TREE SERVICING, LLC; CHASE BANK, USA, N.A.; FIRST NATIONAL BANK OF OMAHA; and DISCOVER BANK, Issuer of the Discover Card,<br><br>Defendants. | NO: 1:18-CV-3038-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT |

BEFORE THE COURT is a Stipulated Motion for Entry of Judgment Against Richard S. Rodriguez, Shonna L. Rodriguez, The Rodriguez Family Living Trust, and The Yakima Familia Outreach Trust, ECF No. 33. The United States of America ("United States"), Richard S. Rodriguez a.k.a. Richard S. Rodriquez ("Richard S. Rodriguez"), Shonna L. Rodriguez a.k.a. Shonna L. Rodriquez ("Shonna L. Rodriguez"), The Rodriguez Family Living Trust, and The

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT ~ 1

Yakima Familia Outreach Trust (collectively, the "Parties"), jointly filed the Stipulated Motion for Entry of Judgment. The Court has considered the pleadings, has reviewed the record, and is fully informed.

Upon consideration of the Stipulated Motion for Entry of Judgment, the Court finds no just reason for delay in granting the motion. *See* Fed. R. Civ. P. 54(b). Accordingly, for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Stipulated Motion for Entry of Judgment Against Richard S. Rodriguez, Shonna L. Rodriguez, The Rodriguez Family Living Trust, and The Yakima Familia Outreach Trust, **ECF No. 33**, is **GRANTED**.

2. Judgment is entered in favor of the United States on its Complaint, ECF No. 1, against Richard S. Rodriguez, Shonna L. Rodriguez, The Rodriguez Family Living Trust, and The Yakima Familia Outreach Trust.

3. Richard S. Rodriguez and Shonna L. Rodriguez are jointly and severally indebted to the United States for unpaid federal income taxes for tax year 2007, described in paragraph 42 of the Complaint (ECF No. 1), in the amount of $267,830.60 as of May 25, 2018, plus statutory interest which continues to accrue as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622, and other statutory additions as provided by law, less any subsequent payments or credits, until paid in full.

4. Richard S. Rodriguez is indebted to the United States for unpaid federal civil tax penalties under 26 U.S.C. § 6702 for tax years 2006 and 2007,

described in paragraph 43 of the Complaint (ECF No. 1), in the amount of $12,218.85 as of May 25, 2018, plus statutory interest which continues to accrue as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622, and other statutory additions as provided by law, less any subsequent payments or credits, until paid in full.

5. Shonna L. Rodriguez is indebted to the United States for unpaid federal civil tax penalties under 26 U.S.C. § 6702 for tax years 2005, 2006, and 2007, described in paragraph 44 of the Complaint (ECF No. 1), in the amount of $20,598.51 as of May 25, 2018, plus statutory interest which continues to accrue as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622, and other statutory additions as provided by law, less any subsequent payments or credits, until paid in full.

6. The United States has valid and subsisting federal tax liens for the unpaid federal tax liabilities described in Paragraphs 3-5, above, that arose in favor of the United States on the dates of assessments set forth in Paragraphs 42-44 of the Complaint, ECF No. 1, and that attached to all property and rights to property belonging to Richard S. Rodriguez and Shonna L. Rodriguez.

7. On the dates of assessments set forth in Paragraphs 42-44 of the Complaint, the federal tax liens described in paragraph 6, above, attached to the real property located at 12190 Mieras Road, Yakima, WA 98901, bearing Yakima County Assessor Office's Parcel Number 201334-24403 ("Mieras Property"). The

Mieras Property is legally described as:

> PARCEL D OF SHORT PLAT RECORDED IN BOOK 79 OF SHORT PLATS, PAGE 131, UNDER AUDITOR'S FILE NO. 2548258, RECORDS OF YAKIMA COUNTY, WASHINGTON.

*See* ECF No. 1, ¶ 19. The building style for the Mieras Property is classified as "Manufactured Hse" by the Yakima County Assessor's Office. *See id.*, ¶ 20. The manufactured home located on the Mieras Property is a 2003 Guerdon with VIN GDBOIB180301550AB, which may or may not be deemed a fixture. *See id.*

8. On the dates of assessments set forth in Paragraphs 42-44 of the Complaint, the federal tax liens described in Paragraph 6, above, attached to the real property located 1407 South 31st Avenue, Yakima, WA 98902, bearing Yakima County Assessor Office's Parcel Number 181326-33468 ("31st Avenue Property"). The 31st Avenue Property is legally described as:

> LOT 68, HAMILTON PARK ADDITION NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME "X" OF PLATS, PAGE 3, RECORDS OF YAKIMA COUNTY, WASHINGTON.

*See* ECF No. 1, ¶ 27.

9. The Internal Revenue Service ("IRS") properly recorded Notices of Federal Tax Lien with the Yakima County Auditor's Office as described in Paragraphs 81-91 of the Complaint.

10. Richard S. Rodriguez and Shonna L. Rodriguez are the true owners of the 31st Avenue Property and Mieras Property.

11. Neither The Rodriguez Family Living Trust nor The Yakima Familia

Outreach Trust have any claim or interest in the 31st Avenue Property or Mieras Property.

12. The United States is entitled to foreclose its federal tax liens described in Paragraph 6, above, against the 31st Avenue Property and Mieras Property.

13. The United States is entitled to an Order of Foreclosure and Judicial Sale for the 31st Avenue Property and Mieras Property with terms and provisions set by the United States.

14. Richard S. Rodriguez and Shonna L. Rodriguez are provided until November 30, 2018, to privately sell the 31st Avenue Property in an arms-length transaction, the terms of which must be approved in writing by the United States Department of Justice prior to closing.

15. If Richard S. Rodriguez and Shonna L. Rodriguez are unable to comply with the terms of Paragraph 14, above, then the United States shall submit to the Court a proposed Order of Foreclosure and Judicial Sale on **both** the 31st Avenue Property and Mieras Property with terms and provisions set by the United States, as described in Paragraph 13, above.

16. If Richard S. Rodriguez and Shonna L. Rodriguez are able to comply with the terms of Paragraph 14, above, then Richard S. Rodriguez and Shonna L. Rodriguez are provided until 6 months from the date of sale of the 31st Avenue Property to:

    a. privately sell the Mieras Property in an arms-length transaction, the

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT ~ 5

1 | terms of which must be approved in writing by the United States
2 | Department of Justice prior to closing; or
3 | b. refinance the Mieras Property provided that the refinancing fully pays
4 | the federal tax liabilities described in Paragraphs 3-5, above.
5 | 17. If Richard S. Rodriguez and Shonna L. Rodriguez are unable to
6 | comply with the terms of paragraph 16, above, then the United States shall submit
7 | to the Court a proposed Order of Foreclosure and Judicial Sale on the Mieras
8 | Property with terms and provisions set by the United States, as described in
9 | Paragraph 13, above.
10 | 18. Each party shall bear its own respective costs and attorney's fees.
11 | 19. All further case deadlines are stayed until November 30, 2018. On or
12 | before November 30, 2018, the United States shall file a Status Report regarding
13 | the status of the private sale of the 31st Avenue Property and/or any remaining
14 | issues in the case.
15 | 20. The Court shall retain jurisdiction to enforce the terms of the
16 | settlement among the parties.
17 | **IT IS SO ORDERED**. The District Court Clerk is directed to enter this
18 | Order, enter judgment in favor of the United States, and provide copies to counsel.
19 | **DATED** June 27, 2018.

                *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                United States District Judge

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT ~ 6