UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD S. RODRIGUEZ, ) <br> also known as Richard S. Rodriquez; ) <br> SHONNA L. RODRIGUEZ, also ) <br> known as Shonna L. Rodriquez; ) <br> THE RODRIGUEZ FAMILY ) <br> LIVING TRUST; YAKIMA ) <br> COUNTY, et al., ) <br> ) <br> Defendants. ) | No. 1:18-CV-3038-RMP <br><br> JUDGMENT IN A CIVIL ACTION |

The court has ordered that:

The Stipulated Motion for Entry of Judgment Against Richard S. Rodriguez, Shonna L. Rodriguez, The Rodriguez Family Living Trust, and The Yakima Familia Outreach Trust, **ECF No. 33**, is **GRANTED**.

Judgment is entered in favor of the United States on its Complaint, ECF No. 1, against Richard S. Rodriguez, Shonna L. Rodriguez, The Rodriguez Family Living Trust, and The Yakima Familia Outreach Trust.

Richard S. Rodriguez and Shonna L. Rodriguez are jointly and severally indebted to the United States for unpaid federal income taxes for tax year 2007, described in paragraph 42 of the Complaint (ECF No. 1), in the amount of $267,830.60 as of May 25, 2018, plus statutory interest which continues to accrue as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622, and

other statutory additions as provided by law, less any subsequent payments or credits, until paid in full.

Richard S. Rodriguez is indebted to the United States for unpaid federal civil tax penalties under 26 U.S.C. § 6702 for tax years 2006 and 2007, described in paragraph 43 of the Complaint (ECF No. 1), in the amount of $12,218.85 as of May 25, 2018, plus statutory interest which continues to accrue as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622, and other statutory additions as provided by law, less any subsequent payments or credits, until paid in full.

Shonna L. Rodriguez is indebted to the United States for unpaid federal civil tax penalties under 26 U.S.C. § 6702 for tax years 2005, 2006, and 2007, described in paragraph 44 of the Complaint (ECF No. 1), in the amount of $20,598.51 as of May 25, 2018, plus statutory interest which continues to accrue as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622, and other statutory additions as provided by law, less any subsequent payments or credits, until paid in full.

This action was decided by Judge Rosanna Malouf Peterson on a stipulated motion for entry of judgment ECF No. 33.

DATED: June 27, 2018.

SEAN McAVOY, CLERK

By *Virginia Reisenauer*
Virginia Reisenauer Deputy Clerk