FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 05, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>RICHARD S. RODRIGUEZ, also known as Richard S. Rodriquez; SHONNA L. RODRIGUEZ, also known as Shonna L. Rodriquez; THE RODRIGUEZ FAMILY LIVING TRUST; THE YAKIMA FAMILIA OUTREACH TRUST; YAKIMA COUNTY; WELLS FARGO HOME MORTGAGE, INC.; GREEN TREE SERVICING, LLC; CHASE BANK, USA, N.A.; FIRST NATIONAL BANK OF OMAHA; and DISCOVER BANK, Issuer of the Discover Card,<br><br>               Defendants. | NO: 1:18-CV-3038-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS GREEN TREE SERVICING, LLC |

ORDER GRANTING STIPULATED MOTION TO DISMISS GREEN TREE SERVICING, LLC ~ 1

Before the Court is Plaintiff United States of America and Defendant Green Tree Servicing, LLC's ("the Parties") Stipulated Motion to Dismiss Green Tree Servicing, LLC, ECF No. 35. The Parties have moved jointly to dismiss Green Tree pursuant to Fed. R. Civ. P. 41(a)(2). *See* ECF No. 35. The Court has considered the pleadings, has reviewed the record, and is fully informed.

Fed. R. Civ. P. 41(a)(2) provides that the Court may order the dismissal of an action, on terms that the Court considers proper. The Parties move to dismiss Green Tree with prejudice because Green Tree has stipulated and agreed that it has no right to or interest in the real property located in Yakima County, Washington that is commonly known as 1407 South 31st Avenue, Yakima, WA 98902 ("31st Avenue Property"). The 31st Avenue Property is legally described as:

> LOT 68, HAMILTON PARK ADDITION NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME "X" OF PLATS, PAGE 3, RECORDS OF YAKIMA COUNTY, WASHINGTON.

*See* ECF No. 1 at ¶ 27.

Based on the Parties' motion, and finding good cause exists, the Court grants the Parties' motion to dismiss Green Tree. Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Dismiss Green Tree Servicing, LLC, **ECF No. 35**, is **GRANTED**.

2. Defendant Green Tree Servicing, LLC, has no interest in the 31st Avenue Property. The Yakima County Assessor's Parcel Number for the 31st Avenue Property is 181326-33468.

3. Defendant Green Tree Servicing, LLC, is **DISMISSED with prejudice**.

4. Each party shall bear its own respective costs and attorneys' fees.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, to terminate Green Tree Servicing, LLC as a Defendant in this case, and provide copies of this Order to counsel.

**DATED** July 5, 2018.

                                              *s/ Rosanna Malouf Peterson*
                                             ROSANNA MALOUF PETERSON
                                                United States District Judge