FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RICHARD S. RODRIGUEZ, also known as Richard S. Rodriquez; SHONNA L. RODRIGUEZ, also known as Shonna L. Rodriquez; THE RODRIGUEZ FAMILY LIVING TRUST; THE YAKIMA FAMILIA OUTREACH TRUST; YAKIMA COUNTY; WELLS FARGO HOME MORTGAGE, INC.; FIRST NATIONAL BANK OF OMAHA; and DISCOVER BANK, Issuer of the Discover Card,<br><br>           Defendants. | NO: 1:18-CV-3038-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS FIRST NATIONAL BANK OF OMAHA AND DISCLAIMER OF INTEREST |

The United States of America ("United States") and First National Bank of Omaha ("FNBO") have jointly moved to dismiss FNBO pursuant to Fed. R. Civ. P. 41(a)(2). Based on the Stipulated Motion to Dismiss First National Bank of Omaha and Disclaimer of Interest ("Motion"), and for good cause shown, the

ORDER GRANTING STIPULATED MOTION TO DISMISS FIRST NATIONAL BANK OF OMAHA AND DISCLAIMER OF INTEREST ~ 1

Court hereby **GRANTS** the Motion, **ECF No. 47**, and **IT IS HEREBY ORDERED** that:

1. FNBO has no interest in the two separate parcels of real property located in Yakima County, Washington (collectively referred to in the Complaint and herein as the "Subject Properties"). *See* ECF No. 1 at 2, ¶ 1.

The first parcel of real property has a street address of 12190 Mieras Road, Yakima, WA 98901 (individually referred to in the Complaint and herein as the "Mieras Property"). The Yakima County Assessor's Parcel Number for the Mieras Property is 201334-24403. The Mieras Property is legally described as follows:

> PARCEL D OF SHORT PLAT RECORDED IN BOOK 79 OF SHORT PLATS, PAGE 131, UNDER AUDITOR'S FILE NO. 2548258, RECORDS OF YAKIMA COUNTY, WASHINGTON.

*See* ECF No. 1 at 5, ¶¶ 19-20.

The second parcel of real property has a street address of 1407 South 31st Avenue, Yakima, WA 98902 (individually referred to in the Complaint and herein as the "31st Avenue Property"). The Yakima County Assessor Office's Parcel Number for the 31st Avenue Property is 181326-33468. The 31st Avenue Property is legally described as follows:

> LOT 68, HAMILTON PARK ADDITION NO. 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN VOLUME "X" OF PLATS, PAGE 3, RECORDS OF YAKIMA COUNTY, WASHINGTON.

*See* ECF No. 1 at 7, ¶ 27.

2. FNBO is **DISMISSED** from this action **with prejudice**, with each party to bear its own respective costs and attorneys' fees.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter a judgment of dismissal with prejudice as to FNBO, terminate FNBO as a defendant in this matter, and provide copies of this Order to counsel.

**DATED** February 21, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge