# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* v. RICHARD S. RODRIGUEZ, also known as Richard S. Rodriquez; SHONNA L. RODRIGUEZ, also known as Shonna L. Rodriquez; THE RODRIGUEZ FAMILY LIVING TRUST; THE YAKIMA FAMILIA OUTREACH TRUST; YAKIMA COUNTY; WELLS FARGO HOME MORTGAGE INC.; FIRST NATIONAL BANK OF OMAHA; and DISCOVER BANK, Issuer of the Discover Card, *Defendants* | Civil Action No. 1:18-CV-3038-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant First National Bank of Omaha is DISMISSED from this action with prejudice, with each party to bear its own respective costs and attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a Stipulated Motion to Dismiss.


Date: February 21, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas